AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Derek D. Moseley<br>(Wherever Found)<br><br>*Defendant* | )<br>)<br>)  Case No.  3:16-cr-72-DPJ-LRA-2<br>)<br>)<br>) |

## ARREST WARRANT

RECV USMS D43 15SEP'16

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Derek D. Moseley,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Possess With Intent to Distribute a Controlled Substance
- Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

Date: 09/08/2016                        N. Dean
                                        *Issuing officer's signature*

City and state:   Jackson, MS           N. Dean, Deputy Clerk
                                        *Printed name and title*

**FILED SEP 23 2016 — SOUTHERN DISTRICT OF MISSISSIPPI — ARTHUR JOHNSTON, DEPUTY**

### Return

This warrant was received on *(date)* 9-15-2016, and the person was arrested on *(date)* 9-19-2016
at *(city and state)*   Aberdeen, MS.

Date: 9-23-16                           For Agent: [signature]
                                        *Arresting officer's signature*

                                        For Agent: N. Roselli DUSM
                                        *Printed name and title*