IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.   3:16cr72-DPJ-LRA-002

DEREK D. MOSELEY-002                                                 DEFENDANT

## EXHIBIT LIST

| DATE | NO. | DESCRIPTION | SPONSOR | ID | EVID |
|------|-----|-------------|---------|----|----|
| 10-18-16 | G-1 | Pretrial Services Report | | | X |
| 10-18-16 | D-1 | Collective Report consisting of Warranty Deed and Tax Receipt | | | X |