D-1
3:16 cr 72-DPJ-LRA
USA v. Derek Moseley
10-18-16
Evidence

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2016
ARTHUR JOHNSTON
BY _____ DEPUTY



257

STATE OF MISSISSIPPI
COUNTY OF CHICKASAW

### WARRANTY DEED

For and in consideration of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, DENDY LUMBER COMPANY, INC., a Mississippi Corporation with its principal place of business in Houston, Mississippi, does hereby sell, convey and warrant unto

### CHRISTINE C. MOSLEY

the following described property lying and being situated in the City of Houston, County of Chickasaw, State of Mississippi, to-wit:

> Lot No. 67, Part 2, of the Gladney Acres Subdivision of the City of Houston, Mississippi, numbered according to the official map or plat thereof on file in the office of the Chancery Clerk of Chickasaw County, Mississippi.
>
> LESS AND EXCEPT all oil, gas and other minerals which were reserved by former grantors.

This conveyance is subject to protective covenants for Gladney Acres Subdivision as recorded in Book 486 at page 537 in said clerk's office.

Taxes for 1980 shall be prorated as of the date of this deed.

IN WITNESS WHEREOF, the undersigned Grantor Corporation has this day caused its corporate name to be hereunto affixed by its president and its duly attested corporate seal to be hereunto affixed by its secretary on this, the 10th day of September, 1980.

(SEAL)

DENDY LUMBER COMPANY, INC.

BY: _____
Jack R. Dendy, President

ATTEST:

_____
Robert E. Dendy, Secretary

STATE OF MISSISSIPPI
COUNTY OF CHICKASAW

    Personally appeared before me, the undersigned authority in and for said jurisdiction, the within named Jack R. Dendy and Robert E. Dendy, president and secretary, respectively, of Dendy Lumber Company, Inc., who acknowledged before me that they and each of them signed and delivered the foregoing Warranty Deed on the date therein mentioned as the act and deed of said corporation, they having been first authorized so to do.

    Given under my hand and official seal, this the 10th day of September, 1980.

                                          _____
                                          NOTARY PUBLIC

My Commission Expires:

11-28-1983

---

STATE OF MISSISSIPPI CHICKASAW COUNTY

I, Derwood McCullough, hereby certify that this instrument was filed for record in my office on the 10th day of September, 19 80 at 3 o'clock, ___ minutes P.M., and that the same is now duly recorded in Book 539, Page 257-258 of the records of Deeds in my office.

Given under my hand and seal of my office in the city of Houston this the 10th day of September 19 80.

                        Derwood McCullough, Chancery Clerk

By: _____ D.C.

---

State of Mississippi
Chickasaw County

I, Tiffany Lovvorn, Clerk of the Chancery Court, in and for the State and County aforesaid, do hereby certify that the foregoing is a true and correct copy of the original of said document, as fully and completely as the same appears of record in my office, Book 539, Page 257-258.

Given under my hand and seal, this the 13 day of October, 2016.

                    Tiffany Lovvorn, Chancery Clerk

By: _____ D.C.